IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN WISCONSIN

ESTATE OF JOSEPH ROSENBAUM,

    Plaintiff,

    v.        Case No. 23-cv-1128

DAVID BETH et. al.,

    Defendants.

## NOTICE OF DISMISSAL

Plaintiff, Estate of Joseph Rosenbaum, by and through its attorney, Kimberley Motley hereby provides this voluntary notice of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The complaint has not been served to the defendants, nor have they served an answer or a motion for summary judgment.

As grounds, Plaintiff Estate has been unavailable to counsel to move this matter forward.

Respectfully submitted this 2nd day of January 2024.

/s/ Kimberley Cy. Motley
Kimberley Cy. Motley
Motley Legal Services
P.O. Box 1433
Matthews NC 28106
(704) 765-4887
kmotley@motleylegal.com

ATTORNEY FOR PLAINTIFFS